■ The People of the State of New York, Respondent, v Sindy Smith, Appellant. [768 NYS2d 211]—

Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered January 18, 2001, convicting defendant, after a jury trial, of attempted murder in the second degree, criminal use of a firearm in the first degree and criminal possession of a weapon in the second and third degrees, and sentencing him, as a second felony offender, to concurrent terms of 25 years, 15 years (two terms) and 7 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Defendant's homicidal intent could be readily inferred from the fact that he fired numerous shots at the fleeing victim, causing several wounds (*see e.g. People v Perez*, 64 NY2d 868 [1985]; *People v Douglas*, 273 AD2d 24 [2000], *lv denied* 95 NY2d 889 [2000]).

We perceive no basis for reducing the sentence. Concur—Buckley, P.J., Andrias, Saxe, Williams and Gonzalez, JJ.

■ The People of the State of New York, Respondent, v Jehu Richardson, Appellant. [768 NYS2d 462]—

Judgment, Supreme Court, New York County (Laura Drager, J., at hearing; Rena Uviller, J., at plea and sentence), rendered February 14, 2001, convicting defendant of criminal possession of a controlled substance in the second degree, and sentencing him to a term of three years to life, unanimously affirmed.

The court correctly denied defendant's suppression motion. The police properly stopped defendant's vehicle because he committed a traffic violation by driving with his headlights off (*see People v Robinson*, 97 NY2d 341 [2001]), and the ensuing police conduct was entirely lawful. The record does not support defendant's assertion that his traffic violation was the product of police action in creating an allegedly unconstitutional taxi checkpoint. Accordingly, we need not decide the legality of the checkpoint. In any event, were we to reach defendant's challenges to the checkpoint, we would reject them. Concur—Buckley, P.J., Andrias, Saxe, Williams and Gonzalez, JJ.